BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BECKER GAMING, INC.; CHARLESTON HEIGHTS SHOPPING CENTER,

Plaintiff,

vs.

UNITED HEALTHCARE FINANCIAL SERVICES, L.L.C.; UNITED COMMERCIAL FINANCIAL SERVICES, L.L.C.; STEPHEN GOODMAN; LARRY E. PERRY; STEPHEN K. SWANSON,

Defendants.

CASE NO.: 2:04-cv-3081 CBM (CWx)

**RENEWAL OF JUDGMENT**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY ORDERED, that a judgment be and is entered in favor of Becker Gaming, Inc. and Charleston Heights Shopping Center, the original judgment creditors, in the sum of **$33,614,555.07**. This sum is based upon the original judgment amount of $20,243,885.00 entered in the United States District Court, District of Nevada on September 10, 2003. That sum of $20,243,885.00 accrues interest accrues at a rate equal to the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial Institutions on January 1 or July 1, as the case may be, immediately preceding the date of judgment, plus two percent (2%) from September 10, 2003 until paid. With post-judgment interest calculated from September 10, 2003 through March 21, 2013 (3,480 days), the amount of post-judgment interest sought and ordered is $13,370,670.07.

IT IS SO ORDERED:

Date:April 08, 2013

JUDGE OF THE UNITED STATES DISTRICT COURT